# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STUART CASSELL,

Appellant,

v.

LAWYERS' FUND FOR CLIENT PROTECTION
OF THE STATE OF NEW YORK,

Appellee.

No. 2D23-1260

———————————————

February 9, 2024

Appeal from the Circuit Court for Sarasota County; Stephen Matthew Walker, Judge.

Stuart Cassell, pro se.

Matthew J. Brown of Dinsmore & Shohl, LLP, Orlando, for Appellee.


PER CURIAM.

    Affirmed.

ROTHSTEIN-YOUAKIM, ATKINSON, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.